# Exhibit 14

**Infringement of U.S. Patent No. 8,898,932**
**by New Balance**

The allegations made herein are based on information currently available to Nike. Nike reserves the right to amend and/or supplement these allegations based on information provided during the course of this case, including during the course of fact and expert discovery that has yet to take place. Nike also reserves the right to supplement and/or amend these allegations in light of the construction of any claim terms that are disputed by the parties and to the extent that such claim construction affects any of the claims set forth in the chart below. In the event that a claim element is deemed to be missing under a literal infringement analysis (*e.g.*, due to claim construction), Nike reserves the right to demonstrate the presence of a substantial equivalent of such an element and to pursue infringement under the doctrine of equivalents. Moreover, no statements made herein are intended as an admission regarding the meaning of any claim term.

| '932 Patent Claim Limitations | Evidence of Infringement |
|---|---|
| 11[pre].   An article of footwear having an upper and a sole structure secured to the upper, the upper comprising: | *To the extent the preamble is limiting, each of the New Balance Tekela v4 Pro FG, Tekela v4 Magia FG, Tekela v3+ Pro FG, Tekela v4 Pro Low FG, FuelCell SuperComp Elite v3, FuelCell Propel v4, FuelCell SuperComp XC-X, FuelCell SD100 v5, and XC Seven v4 styles are articles of footwear having an upper and a sole structure secured to the upper, as shown below.*<br><br>Tekela v4 Pro FG:<br><br> |

Tekela v4 Magia FG:

Tekela v3+ Pro FG:



Tekela v4 Pro Low FG



FuelCell SuperComp Elite v3

FuelCell Propel v4



FuelCell SuperComp XC-X

FuelCell SD100 v5



XC Seven v4



| | |
|---|---|
| 11[a][i]. a knitted component that includes (a) a foot part for covering at least a portion of a foot of a wearer and | *The upper of each of the New Balance Tekela v4 Pro FG, Tekela v4 Magia FG, Tekela v3+ Pro FG, Tekela v4 Pro Low FG, FuelCell SuperComp Elite v3, FuelCell Propel v4, FuelCell SuperComp XC-X, FuelCell SD100 v5, and XC Seven v4 styles include a knitted component having a foot part for covering the foot of a wearer, as shown below.* |

Tekela v4 Pro FG:

Tekela v4 Magia FG:



Tekela v3+ Pro FG:



Tekela v4 Pro Low FG



FuelCell SuperComp Elite v3

FuelCell Propel v4

FuelCell SuperComp XC-X



FuelCell SD100 v5

| | |
|---|---|
| | XC Seven v4<br><br> |
| 11[a][ii].   (b) an ankle part for covering at least a portion of an ankle of the wearer, the foot part and the ankle part being formed of unitary knit construction; and | *The upper of each of the each of the New Balance Tekela v4 Pro FG, Tekela v4 Magia FG, Tekela v3+ Pro FG, Tekela v4 Pro Low FG, FuelCell SuperComp Elite v3, FuelCell Propel v4, FuelCell SuperComp XC-X, FuelCell SD100 v5, and XC Seven v4 styles include an ankle part for covering at least a portion of an ankle of the wearer that is formed of unitary knit construction with the foot part, as shown below.*<br><br>Tekela v4 Pro FG:<br><br> |

Tekela v4 Magia FG:

Tekela v3+ Pro FG:



Tekela v4 Pro Low FG



FuelCell SuperComp Elite v3

FuelCell Propel v4

FuelCell SuperComp XC-X



FuelCell SD100 v5



XC Seven v4



| 11[b][i].  a  skin  layer  that  is thermally  bonded  to  the  knitted component, | *The upper of each of the New Balance Tekela v4 Pro FG, Tekela v4 Magia FG, Tekela v3+ Pro FG, Tekela v4 Pro Low FG, FuelCell SuperComp Elite v3, FuelCell Propel v4, FuelCell SuperComp XC-X, FuelCell SD100 v5, and XC Seven v4 styles include a skin layer that is thermally bonded to the knitted component, as shown below.* |
|---|---|



Tekela v3+ Pro FG:

Tekela v4 Pro Low FG



FuelCell SuperComp Elite v3



FuelCell Propel v4



FuelCell SuperComp XC-X



FuelCell SD100_v5



| | |
|---|---|
| | XC Seven v4  |
| 11[b][ii].  the skin layer covering at least a portion of the foot part of the knitted component and forming a portion of an exterior surface of the upper, | *The upper of each of the New Balance Tekela v4 Pro FG, Tekela v4 Magia FG, Tekela v3+ Pro FG, Tekela v4 Pro Low FG, FuelCell SuperComp Elite v3, FuelCell Propel v4, FuelCell SuperComp XC-X, FuelCell SD100 v5, and XC Seven v4 styles include a skin layer that covers a portion of the foot part of the knitted upper and forms an exterior surface of the upper, as shown below.* <br><br> Tekela v4 Pro FG:  |



Tekela v4 Magia FG:

Tekela v3+ Pro FG:

Tekela v4 Pro Low FG



FuelCell SuperComp Elite v3



FuelCell Propel v4



FuelCell SuperComp XC-X



| | |
|---|---|
| | FuelCell SD100 v5<br><br><br><br>XC Seven v4<br><br> |
| 11[b][iii].   the skin layer being absent from the ankle part of the knitted component. | *The upper of each of the New Balance Tekela v4 Pro FG, Tekela v4 Magia FG, Tekela v3+ Pro FG, Tekela v4 Pro Low FG, FuelCell SuperComp Elite v3, FuelCell Propel v4, FuelCell SuperComp XC-X, FuelCell SD100 v5, and XC Seven v4 styles include an ankle portion devoid of a skin layer, as shown below.* |

Tekela v4 Pro FG:

Tekela v4 Magia FG:



Tekela v3+ Pro FG:



Tekela v4 Pro Low FG

FuelCell SuperComp Elite v3



FuelCell Propel v4



FuelCell SuperComp XC-X



FuelCell SD100 v5



XC Seven v4

